ATTORNEYS AT LAW

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ♦
MICHAEL B. ZERRES ♦
JOHN E. MOLINAR I ♦
MITCHELL J. MAKOWICZ, JR. ♦
JEFFREY J. ZENNA ♦
KENNETH W. ELWOOD ♦
HARRIS S. FELDMAN ♦
RICHARD J. VILLANOVA ♦
NORBERTO A. GARCIA ♦
ABRAHAM N. MILGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL
_____
Of Counsel
RONALD P. GOLDFADEN ♦
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
DAVID M. FRIED ♦
FREDERICK D. MICELI ♦

♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

ONE MAIN STREET
CHATHAM, NEW JERSEY 07928

WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ 07306
NORTH BERGEN, NJ 07047
SEA GIRT, NJ 08750

**BLUME FORTE FRIED ZERRES & MOLINARI**

A PROFESSIONAL CORPORATION

February 11, 2025

**VIA PACER**
U.S.M.J. Justin T. Quinn, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **RE:**    **Szemple v. Rutgers University, et al.**
              Case No.: 3:19-cv-12746 & 3:19-cv-13300
              Our File No.: 2301851

Dear Magistrate Quinn:

      Please accept this letter as a status update regarding my involvement in the Court's management of this case. As Your Honor may recall, I was appointed by the Court to represent the *Pro Se* Plaintiff in this matter in a limited capacity on two discrete legal issues. The first was to advise the plaintiff on the feasibility of obtaining an Affidavit of Merit in this case. The Court has been managing the production of medical records so that I can complete this aspect of my limited appointment. Without going into the details of the rather protracted process of obtaining those records, I have completed my initial review of the voluminous set of medical records.

      I have also now spoken with the plaintiff regarding my initial review. Based upon my discussion with him, the plaintiff advises that he needs to undertake an additional review of some of his materials so he can provide me with information



I need to complete my assignment. I am currently scheduled to speak with him again on the morning of Tuesday February 18, 2025, and I am hopeful that after that meeting I should be able to complete my assignment within another two weeks after that phone call.

      I remain available at the Court's discretion for further explanation if needed.

Respectfully Submitted,

HARRIS S. FELDMAN

HSF/er