ATTORNEYS AT LAW

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ◆
MICHAEL B. ZERRES ◆
JOHN E. MOLINARI ◆
MITCHELL J. MAKOWICZ, JR. ◆
JEFFREY J. ZENNA ◆
KENNETH W. ELWOOD ◆
HARRIS S. FELDMAN ◆
RICHARD J. VILLANOVA ◆
NORBERTO A. GARCIA ◆
ABRAHAM N. MILGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL
_____

OF COUNSEL
RONALD P. GOLDFADEN
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
DAVID M. FRIED ◆
FREDERICK D. MICELI ◆

◆Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**BLUME FORTE FRIED ZERRES & MOLINARI**

A PROFESSIONAL CORPORATION

ONE MAIN STREET
CHATHAM, NEW JERSEY 07928
WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ
NORTH BERGEN, NJ
SEA GIRT, NJ

February 27, 2025

**VIA EFILE**
U.S.M.J. Justin T. Quinn, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE:    **Szemple v. Rutgers University, et al.**
               Case No.: 3:19-cv-12746 & 3:19-cv-13300
               Our File No.: 2301851

Dear Magistrate Quinn:

      Pursuant to my last communication with the Court, I had a telephone call with the Plaintiff in order to complete my assignment after receiving the medical records in this case. As I relayed to the Court, the Plaintiff needed an opportunity to review the claims and as a result I set up a follow up call, however, it appears that plaintiff was no longer in possession of all the Complaints. I have since sent him a copy of his Complaints and will be scheduling a phone call to complete my work on the matter. I ask that the Court allow myself and Plaintiff another thirty (30) days to complete a review of the claims and the medical records.

                                                                                 Respectfully Submitted,

                                                                                 HARRIS S. FELDMAN

HSF/btv