ATTORNEYS AT LAW

JOHN M. BLUME
(1932-2020)
CAROL L. FORTE ◆
MICHAEL B. ZERRES ◆
JOHN E. MOLINARI ◆
MITCHELL J. MAKOWICZ, JR. ◆
JEFFREY J. ZENNA ◆
KENNETH W. ELWOOD ◆
HARRIS S. FELDMAN ◆
RICHARD J. VILLANOVA ◆
NORBERTO A. GARCIA ◆
ABRAHAM N. MILGRAUM
ROBIN A. DONATO
CONNOR C. TURPAN
BRIAN M. RIEHL
RICHARD T. MADURSKI
TERRENCE J. HULL
JOHN A. BURKE

OF COUNSEL
RONALD P. GOLDFADEN
CYNTHIA M. CRAIG
BRIAN E. MAHONEY
DAVID M. FRIED ◆
FREDERICK D. MICELI◆

◆Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**BLUME FORTE FRIED ZERRES & MOLINARI**

A PROFESSIONAL CORPORATION

ONE MAIN STREET
CHATHAM, NEW JERSEY 07928
WWW.NJATTY.COM

(973) 635-5400
FAX: (973) 635-9339

OTHER OFFICES:
JERSEY CITY, NJ
NORTH BERGEN, NJ
SEA GIRT, NJ

June 12, 2025

**VIA ECF/PACER**
U.S.M.J. Justin T. Quinn, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **RE:** **Civil Action No. 19-12746 (RK) (JTQ)**
> **Szemple v. Rutgers University, et al.**
>
> **Civil Action No. 19-13300 (ZNQ) (JTQ)**
> **Szemple v. Lanigan, et al.**
>
> **Our File No.: 2301851**

Dear Judge Quinn,

Pursuant to the Court's directive I have conferred with counsel in both matters and Mr. Armstrong, who represents The State of New Jersey, advises that he has no objection to my providing the plaintiff was a full copy of all the medical records. He does however maintain an objection to the production of institutional records which are not medical in nature. Based on his representations, I'm sending a complete set of the medical records to the plaintiff and will try my best to work out whether I can complete my assignment without providing the institutional records to the plaintiff.



I appreciate the Court's continued guidance and patience.

Respectfully Submitted,

HARRIS S. FELDMAN

HSF/er